JOHN F. GARLAND, CA Bar No. 117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California  93721
Telephone: 559/497-6132

Attorney for Defendant
BRIAN KEITH WILLIAMS

FILED
APR 1 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  1:06-cr-00055 OWW |
|---|---|---|
| Plaintiff, | ) | SUBSTITUTION OF COUNSEL AND ORDER THEREON |
| v. | ) | |
| BRIAN KEITH WILLIAMS, | ) | |
| Defendant. | ) | |

Defendant Brian Keith Williams hereby substitutes the Law Offices of John F. Garland as his attorney of record in the above-referenced proceeding in place of the Office of the Federal Defender.

DATED: April 5, 2006

_____
Brian Keith Williams

**Above substitution agreed to.**

DATED: April 3, 2006

Office of the Federal Defender

By: _____
VICTOR M. CHAVEZ
Assistant Federal Defender

**Above substitution accepted.**

DATED: April 5, 2006

_____
JOHN F. GARLAND

**O R D E R**

**It is so ordered.**

DATED: April 11, 2006

_____
OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Substitution of Counsel and Order Thereon