# UNITED STATES DISTRICT COURT

## for the

### Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Brian Keith Williams | ) | Case No:  1:06cr00055-001 OWW |
| | ) | USM No: 62746-097 |
| Date of Previous Judgment:  11/17/2006 | ) | David Porter |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ❒  the Director of the Bureau of Prisons   ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    ❒ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of    65    months **is reduced to**    60    months .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:    25 | Amended Offense Level:    23 | |
| Criminal History Category:    I | Criminal History Category:    I | |
| Previous Guideline Range:   57  to  71   months | Amended Guideline Range:  statutory minimum  to  60   months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒  Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   11/17/2006   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   June 13, 2008            /s/ OLIVER W. WANGER
                                               Judge's signature

Effective Date: _____        OLIVER W. WANGER, US DISTRICT JUDGE
    (if different from order date)                    Printed name and title